United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 22-12593-elf

Amy M Acquaviva                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                             User: admin                                         Page 1 of 2

Date Rcvd: Dec 09, 2022                      Form ID: 152                                     Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy M Acquaviva, 2322 North Gilinger Road, Lafayette Hill, PA 19444-2228 |
| 14728302 | + | M&T Bank, C/O Brian C. Nicholas, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14724614 | + | Prof Srv Ny, 2701 Middle Country Rd, Lake Grove, NY 11755-2117 |
| 14725340 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 14724619 | + | Wells Fargo Educational Financial Servic, Attn: Bankruptcy, Po Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 10 2022 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14733885 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 10 2022 00:30:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14736894 | | Email/Text: bankruptcy@glsllc.com | Dec 10 2022 00:30:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 14724604 | | Email/Text: bankruptcy@glsllc.com | Dec 10 2022 00:30:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 14724605 | + | Email/Text: Harris@ebn.phinsolutions.com | Dec 10 2022 00:31:00 | Harris & Harris, Attn: Bankruptcy, 111 W Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 14730879 | | Email/Text: camanagement@mtb.com | Dec 10 2022 00:30:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14724607 | | Email/Text: camanagement@mtb.com | Dec 10 2022 00:30:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14728208 | | Email/PDF: pa_dc_claims@navient.com | Dec 10 2022 00:36:04 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14724609 | + | Email/PDF: pa_dc_claims@navient.com | Dec 10 2022 00:36:04 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14724612 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2022 00:36:03 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14731086 | + | Email/Text: joey@rmscollect.com | Dec 10 2022 00:31:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14724611 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2022 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14724615 | | Email/Text: joey@rmscollect.com | Dec 10 2022 00:31:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |

Case 22-12593-elf    Doc 18    Filed 12/11/22    Entered 12/12/22 00:27:17    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 152 | Total Noticed: 21 |

| 14724616 | + Email/Text: bncmail@w-legal.com | Dec 10 2022 00:30:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14724617 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 10 2022 00:30:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14724618 | + Email/Text: james.r.shear@hud.gov | Dec 10 2022 00:31:00 | US Department of HUD, Financial Operations Center, 52 Corporate Circle, Albany, NY 12203-5176 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14724608 | | Michael Acquaviva |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14724606 | *+ | Harris & Harris, Attn: Bankruptcy, 111 W Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 14724610 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14724613 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14725336 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14724620 | *+ | Wells Fargo Educational Financial Servic, Attn: Bankruptcy, Po Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Amy M Acquaviva brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Amy M Acquaviva
    Debtor(s)

Case No: 22−12593−elf

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable

, United States Bankruptcy Court 1/3/23 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

17
Form 152