# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 22-12593-ELF

AMY M ACQUAVIVA

2322 NORTH GILINGER ROAD

LAFAYETTE HILL, PA 19444

Debtor

## <u>CERTIFICATE OF SERVICE</u>

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

AMY M ACQUAVIVA

2322 NORTH GILINGER ROAD

LAFAYETTE HILL, PA 19444

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK AND COOPER LAW FIRM
1500 JFK BLVD., SUITE 220
PHILADELPHIA, PA 19102-

/S/ Kenneth E. West

Date: 1/4/2023                    _____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee