**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Amy M Acquaviva | : | Chapter 13 |
| | : | Case No.: 22-12593-AMC |
|     Debtor(s) | : | |

## AMENDED CERTIFICATE OF NO RESPONSE

I hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed in response to the Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: May 30, 2023                                                           /s/ Brad J. Sadek, Esquire
                                                                                                       Brad J. Sadek, Esquire
                                                                                                       Sadek and Cooper Law Offices, LLC
                                                                                                       1500 JFK Boulevard, Suite 220
                                                                                                       Philadelphia, Pa 19102
                                                                                                       215-545-0008